# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk            August 12, 2011            Telephone: (336) 332-6000

TO:    ALL COUNSEL OF RECORD

FROM:  John S. Brubaker, Clerk of U. S. District Court

RE:    RECEIPT OF APPEAL FROM BANKRUPTCY COURT AND NOTICE OF BRIEFS DUE

       Our No. 1:11CV631

       Title: Willis Andre Glanton, et al v. Richard M. Hutson, II

       Date Docketed: 8/11/2011

Pursuant to Bankruptcy Rule 8007 (b), you are hereby notified that the above appeal has been docketed as noted.

Briefs are due in accordance with Bankruptcy Rule 8009.

The deadlines set forth in this rule <u>must be observed in order to avoid jeopardizing either party's rights in the appeal.</u>

JSB/jls